# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CATHERINE MARTINOWICH,

          Plaintiffs,

v.

GARY E. SNYDER, et al.

          Defendant.

Civil Action No.:   15-cv-7793 (PGS)

ORDER

A Report and Recommendation was filed on May 20, 2016 recommending that this Court dismiss Plaintiff's complaint with prejudice for failure to comply with Magistrate Judge Bongiovanni's Orders and for non-compliance with her obligations under the Federal Rules of Civil Procedure. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2).  No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 23rd day of June, 2016,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni at docket entry 14 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's complaint is dismissed with prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.